**No. 61594.**—Austin Nichols & Co., Inc., et al. *v.* United States, protests 276532–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vinters Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protests were sustained to this extent.

**No. 61595.**—Universal Importing Corp. *v.* United States, protest 311615–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 61596.**—S. M. Wolff Company *v.* United States, protest 302127–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61597.**—Judson Sheldon Division and National Carloading Corporation *v.* United States, protest 303891–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61598.**—Barnett International Forwarders, Inc. *v.* United States, protest 303984–K (New York).

Opinion by JOHNSON, J.   In conformity with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.